IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**OSCAR ORLANDO MORAN SIERRA**       \*

v.                                   \*      **CIVIL CASE NO.  SAG-26-0316**

**PAMELA BONDI**, *et al.*,          \*

\*\*\*\*\*\*\*\*\*

## ORDER

The Court having received notice that Petitioner received a bond hearing and was released, ECF 8, it is this 2nd day of February, 2026, ORDERED this case is DISMISSED WITHOUT PREJUDICE and the Clerk is directed to CLOSE THIS CASE.

/s/
Stephanie A. Gallagher
United States District Judge